**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID T. CHUBUCK,

    Petitioner,

vs.

JAMES YATES, Warden,

    Respondent.

                                          /

No. C 06-0412 PJH (PR)

**ORDER OF DISMISSAL**

This is a pro se habeas action which was transferred here from the Eastern District. The court notified petitioner that is application to proceed in forma pauperis was insufficient because it was on the wrong form and did not include a certificate of funds in his inmate account for the six months preceding the filing. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice. Leave to proceed IFP is **DENIED.** No fee is due. Petitioner's motion for a stay (doc 3) is **DENIED** as moot. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 22, 2006.

                                                                PHYLLIS J. HAMILTON
                                                                United States District Judge

G:\PRO-SE\PJH\HC.06\CHUBBUCK412.ifp